IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL and CHRISTINE MIKSIS,
on behalf of JOHN MIKSIS

    Plaintiff,

    v.

EVANSTON TOWNSHIP HIGH SCHOOL DISTRICT #202,

    Defendant.

Case No. _____

## NOTICE OF REMOVAL

NOW COMES Defendant, Board of Education of Evanston Township High School District 202 ("School District"), by its attorneys, John A. Relias, Patricia J. Whitten and Jacqueline F. Wernz, pursuant 28 U.S.C. §§ 1331, 1441, and 1446, and hereby submits this Notice of Removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois and states:

    1.    On October 9, 2012, Plaintiffs Michael and Christine Miksis, on behalf of John Miksis, initiated their lawsuit by filing a Complaint against Defendant School District in the Circuit Court of Cook County, Illinois. The lawsuit is presently pending in that Court and is designated as Case No. 2012 L 11419. A copy of the Complaint is attached to this Notice as Exhibit 1.

    2.    This case is a civil action in which Plaintiffs allege that the Defendant violated a Settlement Agreement resolving a dispute under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*.

873583.1

3. This Court has original jurisdiction over the Complaint under 20 U.C.S. § 1331. Accordingly, this case is removable to this Court under 20 U.S.C. § 1441 (a).

4. Fewer than thirty (30) days have passed since Plaintiffs initiated their lawsuit. Accordingly, the deadline for filing this Notice of Removal under 28 U.S.C. § 1446 has not expired.

5. A copy of this Notice of Removal is being filed in the Circuit Court of Cook County, Illinois on the date of this Notice.

WHEREFORE, Defendant Board of Education of Evanston Township High School District 202 submits that this case is properly removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

BOARD OF EDUCATION OF EVANSTON TOWNSHIP HIGH SCHOOL DISTRICT 202,

By: s/ Jacqueline F. Wernz
One of Its Attorneys

John A. Relias (02313081)
Patricia J. Whitten (03008746)
Jacqueline F. Wernz (06292878)
FRANCZEK RADELET P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606
(312) 986-0300

Dated: October 23, 2012

2

873583.1

873583.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a copy of the foregoing **DEFENDANT'S NOTICE OF REMOVAL** to be served on the attorney of record listed below by U.S. first-class mail on this 23rd day of October, 2012:

>Steven E. Glink, Esq.
>Law Office of Steven Glink
>3338 Commercial Avenue
>Northbrook, IL 60062

By:    s/Jacqueline F. Wernz
        Jacqueline F. Wernz